IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-02237-WYD-MEH

KELLY GRAHAM,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint Stipulation of Dismissal of All Claims (ECF No. 16).  After carefully reviewing the file in this matter, I find that the stipulation should be approved pursuant to Fed. R. Civ. P. 41(a) and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Joint Stipulation of Dismissal of All Claims (ECF No. 16) is **APPROVED**.  This case is **DISMISSED WITH PREJUDICE**, with each party to pay its own attorney's fees and costs.

Dated:  April 3, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge